**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6087

DONALD E. MCDANIELS,

             Plaintiff - Appellant,

        v.

HAROLD E. CLARKE,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda Wright Allen, District Judge.  (2:12-cv-00614-AWA-LRL)

Submitted:  May 30, 2013                 Decided:  June 4, 2013

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald E. McDaniels, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald E. McDaniels appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. McDaniels v. Clarke, No. 2:12-cv-00614-AWA-LRL (E.D. Va. Dec. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED